UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **Lorena VASQUEZ DIRCIO,** )<br>    Petitioner )<br>v. )<br>**JASON WOOSLEY,** as Jailer and Warden, Grayson )<br>County Jail, Grayson County, KY; )<br>**SAM OLSON,** Chicago Field Office Director, ICE )<br>Enforcement and Removal Operations; )<br>**TODD LYONS,** Acting Director, U.S. Immigration and )<br>Customs Enforcement; )<br>**KRISTI NOEM,** Secretary, U.S. Department of )<br>Homeland Security; )<br>**PAMELA JO BONDI,** Attorney General, U.S. )<br>Department of Justice, )<br>    Respondents ) | Case No. 4:26-cv-00094-GNS |

## ORDER

The Court having considered the Joint Motion filed by the Parties, and being otherwise sufficiently advised, **IT IS HEREBY ORDERED:**

The parties having notified the Court that they do not believe there are any relevant factual disputes, the Court hereby cancels the hearing that was scheduled in this matter.

**Greg N. Stivers, Judge**
**United States District Court**
February 25, 2026